393 A.2d 653

**N. I., INC. (Formerly Northern Industries, Inc.), Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

Argued Sept. 26, 1978.

Decided Oct. 16, 1978.

Melvin Schwartz, Joseph K. Pierce, Baskin, Boreman, Wilner, Sachs, Gondelman & Craig, John P. Klee, Pittsburgh, for appellant.

R. Scott Shearer, Deputy Atty. Gen., Harrisburg, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Order affirmed.